# BRONSTER LLP

156 W. 56th Street | Suite 703 | New York, NY 10019
T. 212.558.9300 | F. 347.246.4893 | www.Bronsterllp.com

**Andrew Kazin**
akazin@bronsterllp.com

February 20, 2024

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request to adjourn the mediation scheduled for **February 26, 2024**, is GRANTED. The Court wishes counsel a swift and full recovery.
>
> **SO ORDERED.**
>
> Dated: February 20, 2024
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   Rejuvenating Fertility Center, PLLC v. TD Bank, N.A.
       Civil Action No.: 1:23-CV-05973-JLR

Dear Judge Rochon:

We represent plaintiff in this matter. Unfortunately, I suffered a heart attack two weeks ago and was hospitalized. I therefore request an adjournment of the mediation scheduled for February 26, 2024. The mediator has been notified. Defendant consents to this request.

Respectfully submitted,

Andrew Kazin

AK/jr
cc: All parties of record via ECF

720445.02