UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REJUVENATING HEALTH CENTER, PLLC,

                              Plaintiff,

                    -against-

T.D. BANK, N.A.,

                              Defendant.

Case No. 1:23-cv-05973 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the hearing held on April 30, 2024, Defendant's motion to dismiss (ECF No. 11) is granted, Defendant's motion to stay discovery (ECF No. 43) is granted, and Plaintiff's motion to compel (ECF No. 40) is denied without prejudice to renewal upon recommencement of discovery.  Plaintiff may file an amended complaint **within twenty-one (21) days** of this order.  If Plaintiff does not do so, the Court will enter judgment for Defendant and close the case.  Discovery is stayed until Defendant files a responsive pleading.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 11, 40, and 43.

Dated: April 30, 2024
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge