

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

NELSON STEWART
DIRECT DIAL: +1 212 404 8767
PERSONAL FAX: +1 212 253 4037
*E-MAIL:* NMStewart@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

May 3, 2024

VIA ECF:
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    <u>*Rejuvenating Fertility Center, PLLC v. TD Bank, N.A.*, **Case No. 1:23-cv-05973-JLR** –**Request for an Adjournment of the May 15, 2024 Mediation Confernce**</u>

Dear Judge Rochon,

    This firm represents defendant TD Bank, N.A ("***TD Bank***") in the above referenced action. Pursuant to 1.F of Your Honor's Individual Rules of Practice, we write to request an adjournment of the mediation that is currently scheduled for May 15, 2024. On April 30, 2024 the Court granted TD Bank's motion to dismiss the Complaint of plaintiff Rejuvenating Fertility Center, PLLC's ("***RFC***") with leave for RFC to file an amended Complaint, granted TD Bank's motion to stay discovery, and denied RFC's motion to compel discovery. [ECF No. 46]. RFC intends to file an amended complaint and brief settlement discussions between counsel for the parties have not resolved this dispute.

    TD Bank and RFC respectfully request that the Court grant an adjournment of the current mediation date until an amended complaint is filed. At this time it is unclear what additional discovery will be required after RFC amends the dismissed Complaint. The scope of new discovery and whether the parties will seek to re-file their respective motions to stay discovery and motion to compel is also uncertain.

    This is the second request for an adjournment of the mediation conference. The first request was granted on February 26, 2024 due to a serious health concern suffered by counsel for RFC. In light of the Court's dismissal of the Complaint, the only scheduled dates that would be affected by an adjournment would be the May 15, mediation and the submission of mediation statements seven days prior to the mediation.

DUANE MORRIS LLP

230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079    PHONE: +1 212 818 9200   FAX: +1 212 818 9606

Honorable Jennifer L. Rochon
May 3, 2024
Page 2

DuaneMorris

      **Dated:** May 3, 2024

                                      Respectfully submitted,

                                      *s/ Nelson M. Stewart*
                                      Nelson M. Stewart
                                      **Duane Morris LLP**
                                      230 Park Avenue, Suite 1130
                                      New York, NY 10169-0079
                                      Phone: (212) 404-8767
                                      Fax: (212) 818-9606
                                      ***Attorneys for Defendant TD Bank, N.A***.

Cc:    Andrew Kazin
        Bronster LLP
        156 West 56th Street
        New York, NY 10019 516-238-1867
        Email: akazin@bronsterllp.com
        ***Attorneys for Plaintiff Rejuvenating Fertility***

The request to adjourn the mediation currently scheduled for **May 15, 2024**, is GRANTED. The mediation is adjourned without date. If the parties wish to return to mediation, they should promptly contact the mediation office.

Dated:  May 6, 2024      SO ORDERED.
          New York, New York

                                  *Jennifer Rochon*
                              **JENNIFER L. ROCHON**
                              **United States District Judge**