**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REJUVENATING FERTILITY CENTER, PLLC.,

                Plaintiffs,

-against-                            23 **CIVIL** 5973 (JLR)

                                                            **JUDGMENT**

TD BANK, N.A.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2025, TD Bank's motion to dismiss pursuant to Rule 12(b)(6) is GRANTED. RFC's motion for leave to amend is DENIED. The Amended Complaint is DISMISSED with prejudice. RFC's motion to compel and TD Bank's motion to strike are DENIED as moot. Accordingly, the case is closed.

**Dated:** New York, New York

       February 25, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                    **BY:**                _____
                                                                   **Deputy Clerk**